## TUCKER v. FISHER.

No. 5362.   Opinion Filed September 21, 1915.

(151 Pac. 1037.)

**APPEAL AND ERROR—Failure to File Brief—Affirmance.** The facts in this case are identical with those in **Smith v. Wharton, ante,** p. 185, 151 Pac. 852, and the syllabus in that case is adopted as the one in this.

(Syllabus by Devereux, C.)

*Error from County Court, Pawnee County;*
*Frank Shoemaker, Special Judge.*

Action by W. R. Tucker against J. F. Fisher.   From the judgment, Tucker brings error.   Affirmed.

*V. H. Biddison* and *Biddison & McCullum,* for plaintiff in error.

*Orton & McNeill,* for defendant in error.

Opinion by DEVEREUX, C.   This case was docketed in this court on July 19, 1913, and was assigned for submission on September 13, 1915.   No briefs have been filed by plaintiff in error, and no reason given for failure

so to do. We have examined the record and case-made, and, in our opinion, the judgment was correct.

Following the decision in *Smith v. Wharton, ante*, p. 185, 151 Pac. 852, we are of the opinion that the judgment should be affirmed.

We therefore recommend that the judgment be affirmed.

By the Court: It is so ordered.